# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **18–17936 – TJC**   Chapter: **7**

**Maurice Wright Jr.**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held

at 6500 Cherrywood Lane, Courtroom 3–E, Greenbelt, MD 20770

on 6/22/20 at 03:00 PM

to consider and act upon the following:

69 – Motion Requesting Disgorgement of Fees From Record Attorney Filed by Maurice Wright Jr.. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Arter, Laurie)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 4/20/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Laurie Arter
301–344–3327

Form ntchrgmdb (rev. 12/2003)